IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS LOCAL 22 HEALTH & WELFARE FUND; AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND; and UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 1776 AND PARTICIPATING EMPLOYERS HEALTH AND WELFARE FUND, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 06-83 (GMS) |
| v. | ) ) | |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, ASTRAZENECA AB, and AKTIEBOLAGET HASSLE, | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for each of the defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, AstraZeneca AB, and Aktiebolaget Hassle to answer, move, or otherwise respond to the Complaint in this action shall be extended through and including April 13, 2006.

This extension is required because the parties have today filed a proposed Case Management Order covering this action and other related actions filed by end payors. The Case Management Order contemplates that these end-payor actions will be consolidated and that the plaintiffs will file a Consolidated Amended Complaint. If the Case Management Order is approved by the Court, the defendants would be not be required to answer, move or otherwise respond to the Complaint in this action, but instead would respond solely to the Consolidated Amended Complaint.

2

| MORRIS AND MORRIS LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| | */s/   Leslie A. Polizoti* |
| */s   Karen L. Morris* | Jack B. Blumenfeld (#1014) |
| Karen L. Morris | Karen Jacobs Louden (#2881) |
| Patrick F. Morris | Leslie A. Polizoti (#4299) |
| 4001 Kennett Pike, Ste. 300 | lpolizoti@mnat.com |
| Wilmington, Delaware  19807 | 1201 N. Market Street |
| (302) 426-0400 | P.O. Box 1347 |
| Attorneys for Plaintiffs | Wilmington, Delaware 19899 |
| | (302) 658-9200 |
| | Attorneys for Defendants |

SO ORDERED this _____ day of _____, 2006.

_____
Judge Gregory M. Sleet

508332

CERTIFICATE OF SERVICE

I certify that on February 24, 2006 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to Patrick Francis Morris.

I further certify that I caused copies of the foregoing be served on the following counsel, by hand:

| | |
|---|---|
| Pamela S. Tikellis<br>Robert R. Davis<br>CHIMICLES & TIKELLIS LLP<br>One Rodney Square<br>Wilmington DE 19801 | J. Clayton Athey<br>PRICKETT JONES & ELLIOTT, P.A.<br>1310 King Street<br>Wilmington DE 19081 |
| Patrick F. Morris<br>MORRIS & MORRIS LLC<br>4001 Kennett Pike, Suite 300<br>Greenville DE 19807 | Ralph N. Sianni<br>MILBERG WEISS BERSHAD & SCHULMAN LLP<br>919 North Market Street, Suite 980<br>Wilmington DE 19801 |

*/s/ Leslie A. Polizoti* (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com