UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS LOCAL 22 HEALTH & WELFARE FUND, et al., : | CIVIL ACTION |
| : | NO. 06-cv-00083 |
| Plaintiffs, : | |
| v.  : | |
| ASTRAZENECA PHARMACEUTICALS LP, et al., : | |
| Defendants. : | |

## MOTION FOR ADMISSION PRO HAC VICE

Patrick F. Morris, a member of the bar of this Court, pursuant to Local Rule 83.5 and the attached certification, moves the admission *pro hac vice* of Jeffrey S. Istvan of Fine, Kaplan and Black, RPC, 1835 Market Street, 28th Floor, Philadelphia, PA 19103 to represent plaintiffs International Association of Fire Fighters Local 22 Health & Welfare Fund; American Federation of State, County and Municipal Employees District Council 47 Health and Welfare Fund; and United Food and Commercial Workers Union Local 1776 and Participating Employers Health and Welfare Fund in this matter.

Dated: February 28, 2006

Karen L. Morris #2899
Patrick F. Morris #3015
**Morris and Morris LLC**
  **Counselors at Law**
4001 Kennett Pike, Suite 300
Wilmington, DE 19807
(302) 426-0400
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL ASSOCIATION OF<br>FIRE FIGHTERS LOCAL 22 HEALTH<br>& WELFARE FUND, et al., | : | CIVIL ACTION |
| | : | NO. 06-cv-00083 |
| Plaintiffs, | : | |
| v. | : | |
| ASTRAZENECA PHARMACEUTICALS LP, et al., | : | |
| Defendants. | : | |

ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Jeffrey S. Istvan as counsel for plaintiffs International Association of Fire Fighters Local 22 Health & Welfare Fund; American Federation of State, County and Municipal Employees District Council 47 Health and Welfare Fund; and United Food and Commercial Workers Union Local 1776 and Participating Employers Health and Welfare Fund in this matter.

Dated: February 28, 2006

                                             Jeffrey S. Istvan
                                             Fine, Kaplan and Black, R.P.C.
                                             1835 Market Street, 28th Floor
                                             Philadelphia, PA 19103
                                             (215) 567-6565

Of Counsel:   Karen L. Morris
                     Patrick F. Morris
                     **Morris and Morris LLC**
                        **Counselors at Law**
                     4001 Kennett Pike, Suite 300
                     Wilmington, DE 19807
                     (302) 426-0400
                     Attorneys for Plaintiffs

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, of the United States District Court for the Eastern District of Pennsylvania, and of the United States Court of Appeals for the Third Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 28, 2006

Jeffrey S. Istvan
**Fine, Kaplan and Black, R.P.C.**
1835 Market Street, 28th Floor
Philadelphia, PA 19103
Tel: (215) 567-6565
Fax: (215) 568-5872

## CERTIFICATE OF SERVICE

I, Patrick F. Morris, do hereby certify that on this 28th day of February, 2006, I caused copies of the foregoing Motion for Admission Pro Hac Vice, Proposed Order and Certification to be served on the following counsel by first class mail:

Pamela S. Tikellis
Robert r. Davis
CHIMICLES & TIKELLIS LLP
One Rodney Square
Wilmington, DE 19801

J. Clayton Athey
PRICKETT JONES & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19801

Ralph N. Sianni
MILBERG WEISS BERSHAD & SCHULMAN LLP
919 North Market Street, Suite 980
Wilmington, DE 19801

Leslie A. Polizoti
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801

/s/ Patrick F. Morris #3015
MORRIS AND MORRIS LLC
  COUNSELORS AT LAW
4001 Kennett Pike, Suite 300
Wilmington, DE 19807
(302) 426-0400
pmorris@morrisandmorrislaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS LOCAL 22 HEALTH & WELFARE FUND, et al., | : : | CIVIL ACTION NO. 06-cv-00083 |
| Plaintiffs, | : | |
| v. | : | |
| ASTRAZENECA PHARMACEUTICALS LP, et al., | : | |
| Defendants. | : | |

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission *pro hac vice* of Jeffrey S. Istvan of Fine, Kaplan and Black, R.P.C., 1835 Market Street, 28th Floor, Philadelphia, Pennsylvania 19103, to represent the plaintiffs International Association of Fire Fighters Local 22 Health & Welfare Fund; American Federation of State, County and Municipal Employees District Council 47 Health and Welfare Fund; and United Food and Commercial Workers Union Local 1776 and Participating Employers Health and Welfare Fund in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2006